KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

JOSEPH A. FAZIOLI (ILSBN 6273413)
Assistant United States Attorney

   150 South Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5595
   Facsimile: (408) 535-5081

Attorneys for the United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00751 JSW |
|    Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER RESCHEDULING STATUS** |
| | ) | **CONFERENCE** |
| SEAN LUTTJOHANN, | ) | |
|    Defendant. | ) | |
| | ) | |

This matter is currently set for status on July 27, 2006. This matter is also set for trial before the Court on November 13, 2006. The United States recently dismissed its appeal in the Ninth Circuit of the Court's adverse ruling on defendant's motion to suppress evidence. The government would like additional time to assess this case in light of its recent decision not to pursue an appeal. Undersigned defense counsel would like additional time to acquaint herself with the file in this case, which was recently reassigned to her from the prior defense counsel, former Assistant Federal Public Defender David Fermino. The defendant is currently not in federal custody. It is the parties' understanding that the Court is available on August 17, 2006.

//

**Stipulation and [Proposed] Order**
**CR 05-00751 JSW**

1  In light of the above, the parties agree, and the Court finds and holds, that the status
2  hearing in this matter is rescheduled from July 27, 2006 to August 17, 2006.
3  STIPULATED:

4  DATED:____7/25/06_____    _____/s/_____
5                                SHAWN HALBERT
                                  Assistant Federal Public Defender

7  DATED:____7/26/06_____    _____/s/_____
8                                JOSEPH A. FAZIOLI
                                  Assistant United States Attorney

10 IT IS SO ORDERED.
11 DATED: July 26, 2006          _____
12                                THE HONORABLE JEFFREY S. WHITE
                                  UNITED STATES DISTRICT JUDGE

**Stipulation and [Proposed] Order**
**CR 05-00751 JSW**                    2