1 KEVIN V. RYAN (CASBN 118321)
  United States Attorney

2

3 MARK L. KROTOSKI (CASBN 138549)
  Chief, Criminal Division

4 JOSEPH A. FAZIOLI (ILSBN 6273413)
  Assistant United States Attorney

5
   150 South Almaden Boulevard, Suite 900
6  San Jose, California 95113
   Telephone: (408) 535-5061
7  Facsimile: (408) 535-5081
   joseph.fazioli@usdoj.gov

8

9 Attorneys for the United States of America

10
                    UNITED STATES DISTRICT COURT
11
                 NORTHERN DISTRICT OF CALIFORNIA
12
                    SAN FRANCISCO DIVISION
13

14 UNITED STATES OF AMERICA,        )    No. CR 05-00751 JSW
                                    )
15        Plaintiff,                )
                                    )    NOTICE OF DISMISSAL
16    v.                            )     AND ORDER THEREON
                                    )
17 SEAN LUTTJOHANN,                 )
                                    )
18        Defendant.                )
                                    )
19 _____ )

20      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a),

21 the United States Attorney for the Northern District of California dismisses the above

22 indictment without prejudice.

23

24 Date:  August 4, 2006                  Respectfully submitted,

25                                        KEVIN V. RYAN
                                          United States Attorney
26

27                                        _____/s/_____
                                          IOANA PETROU
28                                        Chief, Major Crimes Section


NOTICE OF DISMISSAL CR 05-00751 JSW

1      Leave is granted to the government to dismiss the indictment.

2

3    Date: __August 7, 2006__                      _____

4                                    HON. JEFFREY S. WHITE
                                    United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28